UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY ENTERPRISES, INC. CHARLOTTE J. LOPACKI, d/b/a BUDGET DRUG and HERITAGE PHARMACY, INC., on behalf of themselves and all others similarly situated, and the PHARMACY FREEDOM FUND and the NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>Plaintiffs,<br><br>-against-<br><br>MEDCO HEALTH SOLUTIONS, INC., and MERCK & CO., INC.,<br><br>Defendants. | Civil Action No.: 03-4730 |

**PLAINTIFFS' REVISED AND AMENDED MOTION FOR CLASS CERTIFICATION**

COME NOW the Plaintiffs, and hereby move this Court pursuant to Federal Rule of Civil Procedure 23 for an Order certifying this case as a class action under Rule 23(b)(3), to proceed on behalf of a class defined as follows:

> All pharmacies that, at any time during the period commencing August 15, 1999, through the present (the "Class Period"), contracted or were under contract with Medco to dispense and sell brand name and generic prescription drugs for any prescription drug benefit

plan(s). Excluded from the Class are Defendant, its parent companies, subsidiaries and affiliates, and government entities.

The grounds for this Motion are set forth in the accompanying Memorandum, which is incorporated herein by reference.

Respectfully submitted,

H. Laddie Montague, Jr.
Jerome M. Marcus
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Michael J. Freed
Jean K. Janes
MUCH SHELIST FREED
DENENBERG
AMENT & RUBENSTEIN, P.C.
191 N. Waker Dr., Suite 1800
Chicago, IL 60606-1615

William H. Wentz
FEWKES WENTZ & STRAYER
1770 North Park Street
Suite 202
Napierville, IL 60563

Sherman Marek
LAW OFFICES OF SHERMAN
MAREK, P.C.
1100 North Dearborn St, #1812
Chicago, IL 60610

Paul Weiss
FREED & WEISS LLC
111 West Washington St., Suite 1331
Chicago, IL 60602

Joseph Goldberg
FREEDMAN, BOYD, DANIELS,
HOLLANDER GOLDBERG &
CLINE P.A.
20 First Plaza, Suite 700
Alburquerque, NM 87102

Ann D. White
MAGER & WHITE & GOLDSTEIN,
P.C.
261 Old York Road, Suite 810
Jenkintown, PA 19046

Robert N. Kaplan
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd floor
New York, NY 10022

Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3029

Joel C. Meredith
MEREDITH, COHEN, GREENFOGEL & SKIRNICK, P.C.
117 South 17th Street
Philadelphia, PA 19107

Deborah Bornstein
WILLIAMS MONTGOMERY & JOHN, Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, IL 60606

Paul Slater
SPERLING & SLATER
55 West Monroe Street
Chicago, IL 60603

Howard Langer
GOLOMB HONICK & LANGER, P.C.
121 South Broad St., 9th Floor
The North American Building
Philadelphia, PA 19107

# CERTIFICATE OF SERVICE

I, Jerome M. Marcus, Esquire, do hereby certify that on the 23rd day of March, 2006, I caused a true and correct copy of Plaintiffs' Revised and Amended Motion for Class Certification and a proposed Order, to be served upon the following in the manner and by the method indicated below:

## BY FEDERAL EXPRESS

Michael J. Freed
Jean K. Janes
MUCH SHELIST FREED
DENENBERG
AMENT & RUBENSTEIN, P.C.
191 N. Waker Dr., Suite 1800
Chicago, IL 60606-1615

Robert N. Kaplan
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER
LLP
805 Third Avenue, 22nd floor
New York, NY 10022

James P. Tallon, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

## BY HAND DELIVERY

Paul H. Saint-Antoine
Drinker, Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

**BY REGULAR U.S. MAIL FIRST CLASS POSTAGE PREPAID**

William H. Wentz
FEWKES WENTZ & STRAYER
1770 North Park Street
Suite 202
Napierville, IL 60563

Sherman Marek
LAW OFFICES OF SHERMAN MAREK, P.C.
1100 North Dearborn St, #1812
Chicago, IL 60610

Joel C. Meredith
MEREDITH, COHEN, GREENFOGEL & SKIRNICK, P.C.
117 South 17th Street
Philadelphia, PA 19107

Howard Langer
GOLOMB HONICK & LANGER, P.C.
121 South Broad St., 9th Floor
The North American Building
Philadelphia, PA 19107

Paul Weiss
FREED & WEISS LLC
111 West Washington St., Suite 1331
Chicago, IL 60602

Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3029

Joseph Goldberg
FREEDMAN, BOYD, DANIELS, HOLLANDER GOLDBERG & CLINE P.A.
20 First Plaza, Suite 700
Alburquerque, NM 87102

Deborah Bornstein
WILLIAMS MONTGOMERY & JOHN, Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, IL 60606

Ann D. White
MAGER & WHITE & GOLDSTEIN, P.C.
261 Old York Road, Suite 810
Jenkintown, PA 19046

Paul Slater
SPERLING & SLATER
55 West Monroe Street
Chicago, IL 60603

Jerome M. Marcus, Esquire
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
(215)875-3000