IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE PHARMACY BENEFIT MANAGERS ANTITRUST LITIGATION : CIVIL NO. 06-MD-1782

THIS DOCUMENT RELATES TO:

*Brady Enterprises, Inc. et al. v. Medco Health Solutions, Inc. et al.*
Civ. No. 2:03-4730

**ORDER**

AND NOW, this 3rd day of March, 2015, upon consideration of various motions from 2005 that remain "pending," it is hereby ORDERED that the following Motions are DISMISSSED AS MOOT:

1. Plaintiffs' Motion to Quash or Modify Defendants' Subpoena Served on Non-Party Amerisource Bergen Corp., (Dkt No. 39);

2. Plaintiffs' Motion to Quash or Modify Defendants' Subpoena Served on Non-Party Health Business Systems, Inc., (Dkt No. 40);

3. Plaintiffs' Motion for Order Compelling Defendants to Produce Documents, Responses to Interrogatories, and Rule 30(b)(6) Deponents, (Dkt No. 45);

4. Plaintiffs' Motion for Class Certification, (Dkt No. 24);

5. The Clerk of Court is DIRECTED to terminate these motions.

BY THE COURT:

C. Darnell Jones, II J.