IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re PHARMACY BENEFIT MANAGERS | : | Civil Action No. 06-1782 |
| ANTITRUST LITIGATION | : | |
| _____ | : | |
| BRADY ENTERPRISES, INC., et al. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 03-4730 |
| MEDCO HEALTH SOLUTIONS, INC. | : | |
| Defendant. | : | |
| _____ | : | |
| NORTH JACKSON PHARMACY, INC. and C&C INC., d/b/a/ BIG C DISCOUNT DRUGS, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-4305 |
| CAREMARK RX INC., *et al*, | : | |
| Defendants. | : | |
| _____ | : | |
| NORTH JACKSON PHARMACY, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-4114 |
| EXPRESS SCRIPTS, INC., *et al*, | : | |
| Defendants. | : | |
| _____ | : | |

| | |
|---|---|
| NORTH JACKSON PHARMACY, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-4115 |
| : | |
| MEDCO HEALTH SOLUTIONS INC. : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 18th day of January, 2017, **IT IS HEREBY ORDERED AS FOLLOWS**:

Plaintiff Brady Enterprises, Inc.'s Revised and Amended Motion for Class Certification (Civ. A. No. 03-4730, Docket Entry 77) is **DENIED**.

Plaintiff North Jackson Pharmacy Inc.'s Motion for Class Certification (Civ. A. No. 06-4305, Docket Entry 67; Civ. A. No. 06-MD-1782, Docket Entries 180, 248) is **DENIED**.

Defendants Caremark Rx, Inc. and Caremark Inc.'s *Daubert* Motion to Exclude Plaintiffs' Expert Testimony (Civ. A. No. 06-4305, Docket Entry 77; Civ. A. No. 06-MD-1782, Docket Entry 259) is **GRANTED**.

Defendant Express Scripts, Inc.'s Motion to Decertify Plaintiffs' Class (Civ. A. No. 06-4114, Docket Entry 2; Civ. A. No. 06-MD-1782, Docket Entry 22) is **GRANTED**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II J.