IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re PHARMACY BENEFIT MANAGERS ANTITRUST LITIGATION | : : : | Civil Action No. 06-1782 |
| BRADY ENTERPRISES, INC., et al. Plaintiffs, v. MEDCO HEALTH SOLUTIONS, INC. Defendant. | : : : : : : : : : : | Civil Action No. 03-4730 |

**ORDER**

**AND NOW**, this 26th day of April, 2017, **IT IS HEREBY ORDERED** that the Brady Plaintiffs' Motion for Reconsideration of the Court's Denial of Class Certification as to their Class (Civ. A. No. 06-1782, Docket Entry 285; Civ. A. No. 03-4730, Docket Entry 160) is **DENIED**.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II J.